■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE RIVERA, Appellant.—Appeal by the defendant from three judgments of the Supreme Court, Kings County (Murray, J.), all rendered November 3, 1983, each convicting him of robbery in the first degree (indictment Nos. 7308/82, 7331/82 and 2486/83), upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed *(see, People v*

*Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Mangano, J. P., Bracken, Niehoff, Kooper and Spatt, JJ., concur.